# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TRAVIS JOHNSON**                                                                 **PLAINTIFF**

**V.**                         **Case No. 4:22-CV-119-JM-JTR**

**MARK GOBER, et al.**                                               **DEFENDANTS**

## **ORDER**

The Court has received a Recommended Disposition from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommended Disposition and the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff's Complaint is hereby dismissed, without prejudice, for failure to state a viable claim.

IT IS SO ORDERED this 5th day of April, 2022.

                                                                           UNITED STATES DISTRICT JUDGE