UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVIS JOHNSON**                                                                                          **PLAINTIFF**

V.                                        Case No. 4:22-CV-119-JM-JTR

**MARK GOBER, et al.**                                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice and the case is closed.

DATED this 5th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE